

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/21/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MICHAEL HOOD<br>    LA. DOC #403793<br>VS. | CIVIL ACTION NO. 2:10-cv-1445<br><br>SECTION P<br><br>JUDGE TRIMBLE |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE KAY |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 21st day of June , 2011.

                                              */s/ James Trimble*
                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE